IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROGDRICK MANOR,<br> *Plaintiff*, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:22-CV-03158 |
| SELENE FINANCE, LP, and<br>U.S. BANK TRUST, NATIONAL,<br>ASSOCIATION, not in its Individual<br>Capacity but solely as owner trustee<br>for RCF 2 Acquisition Trust c/o U.S.<br>Bank Trust National Association,<br> *Defendants*. | § § § § § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff Rogdrick Manor ("Plaintiff") and Selene Finance, LP and U.S. Bank Trust, National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Defendants," collectively with Plaintiff, the "*Parties*"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal of Plaintiff's claims, with prejudice, and state as follows:

Plaintiff and Defendants have settled the above captioned matter and seek a full and final dismissal of all claims, with prejudice. Each Party will bear his or its own attorneys' fees and costs.

**WHEREFORE**, the Parties jointly pray for the entry of an Order of Dismissal as pursuant to the provisions hereof, with each Party to bear his or its own cost relative thereto.

DATED: December 15, 2022	Respectfully submitted,

 By: /s/ Kathryn Davis
  **KATHRYN DAVIS**
  State Bar No. 24050364
  kdavis@mcglinchey.com
  McGlinchey Stafford, PLLC
  1001 McKinney, Suite 1500
  Houston, Texas  77002
  Telephone: (713) 520-1900
  Facsimile:  (713) 520-1025

*Attorney for Defendants Selene Finance, LP and U.S. Bank, N.A.*

**- AND –**

 By: /s/ Kimberly R. Bennett
  **KIMBERLY R. BENNETT**
  Texas State Bar No. 24012146
  The Bennett Law Firm, PLLC
  710 Flying Bridge Way
  Crosby, Texas 77532
  kbennetttx@earthlink.net
  Telephone: 832.423.3795
  Facsimile: 281.328.7310

*Attorneys for Plaintiff*